# Edmonds *v.* Galloway Coal Co.

## *Trespass.*

(Decided Not. 30, 1905, 39 So. Rep. 1027.)

APPEAL from Winston Circuit Court.
Heard before Hon. A. A. COLEMAN.

JAMES & WILLIAMS, for appellant.

BANKHEAD & BANKHEAD and R. L. BLANTON, for appellee.

PER CURIAM.   Affirmed for want of assignment of error.

---

# Ensley Development Co. *et al. v.* The State *ex rel.* Perdue.

## *Injunction and Ouster.*

(Decided Nov. 30, 1905, 39 So. Rep. 1027.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. A. A. COLEMAN.

CABANISS & WEAKLEY and CAMPBELL & WALKER, for appellant.

CHARLES B. POWELL, for appellee.

PER CURIAM.   Errors confessed and cause reversed and remanded.